In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00065-CR**
_____


**IN RE EDWARD CHARLES HOLLAND**

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause Nos. 83949, 91161**

**MEMORANDUM OPINION**

Relator Edward Charles Holland filed a petition for writ of mandamus, in which he asks this Court to compel the district clerk to transmit a copy of relator's motion for judgment *nunc pro tunc* to this Court and to Holland. Attached to Holland's motion was a request to the district clerk, in which Holland asked the district clerk to "force" the trial court to respond to his motion for judgment *nunc pro tunc*.

Both of the underlying cases to which Holland's petition pertains are final convictions. *See Holland v. State*, No. 10-04-00239-CR, 2005 WL 1580681 (Tex. App.—Waco July 6, 2005, pet. ref'd) (not designated for publication); *Holland v. State*, No. 09-04-00194-CR, 2006 WL 1045176 (Tex. App.—Beaumont Apr. 19, 2006, no pet.) (not designated for publication). The district clerk is not a person against whom we may issue a writ of mandamus other than to enforce our jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b).

Holland has not shown that issuance of a writ against the district clerk is necessary to enforce our jurisdiction. *See id.*; *see also In re Pennington*, No. 09-08-370-CV, 2008 WL 4425521, at *1 (Tex. App.—Beaumont Oct. 2, 2008, orig. proceeding) (mem. op). The proceedings at issue are post-conviction matters that do not implicate this Court's jurisdiction. *See* Tex. Code Crim. Proc. Ann. art. 11.07, § 3(a). Holland has not demonstrated that he is entitled to mandamus relief from this Court. Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on March 17, 2020
Opinion Delivered March 18, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.

2